### ANDERSON vs. BARKSDALE.

CASE FROM WILKES   New Trial.   Witness.   Experts.   Before Judge Lumpkin.)

Jackson, C. J.—Where, in a suit for injury from the water of a mill dam, whereby the plaintiff's land was made too wet for cultivation, the evidence was conflicting, this court will not control the discretion of

the presiding judge in refusing to grant a new trial on the ground that the verdict was contrary to law and evidence.

(a) The weight of all testimony, whether from experts or not, is for the jury, under proper instructions from the court.

Judgment affirmed.

W. M. & M. P. Reese, for plaintiff in error.

Hardeman & Irvin, for defendant.

